AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT
### for the

Haley D. Roberts

*Petitioner*

v.

M. M. LeFever

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

**FILED**

JUN – 2 2025

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Case No.  1:25-CV-00359
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Haley Danielle Roberts
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Alderson Federal Prison Camp
   (b) Address: Glen Ray Rd., P.O. Box A  Alderson, W.V. 24910

   (c) Your identification number:

3. Are you currently being held on orders by:
   ☑ Federal authorities      ☐ State authorities      ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Middle District of Georgia Albany Division
   (b) Docket number of criminal case: 1:20-CR-00020-LAG-TQL-6
   (c) Date of sentencing: Oct. 21, 2021
   ☐ Being held on an immigration charge
   ☐ Other *(explain):*

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain):

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: M.M. Lefever S. District of West Virginia

   (b) Docket number, case number, or opinion number: 1224327-F1
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   Miscalculation of FSA time Credits, FSA Conditional Placement Days.

   (d) Date of the decision or action: 2/4/2025

Your Earlier Challenges of the Decision or Action

7. First appeal

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes          ☐ No

   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: M.M. Lefever (Warden)

       (2) Date of filing: 12/27/2024
       (3) Docket number, case number, or opinion number: 1224327-F1
       (4) Result: Denied
       (5) Date of result: 2/4/2025
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. Second appeal

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Regional Director Mid-Atlantic Region C. Gomez

(2) Date of filing: 2/14/2025

(3) Docket number, case number, or opinion number: 1224327-R1

(4) Result: Denied

(5) Date of result: 03/26/2025

(6) Issues raised: FSA Conditional Placement Days

(b) If you answered "No," explain why you did not file a second appeal:

9.    Third appeal

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: By the time I appealed for the third time I was able to file the 2241 because. If I were awarded my FSA credits my release date is past due.

10.    Motion under 28 U.S.C. § 2255

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

I am seeking to be awarded the correct amount of FSA Conditional Placement Days.

11.     Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a)     Date you were taken into immigration custody:

(b)     Date of the removal or reinstatement order:

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d)     Did you appeal the decision to the United States Court of Appeals?
☐ Yes            ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12.    Other appeals

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes            ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Mis Calculation of FSA conditional Placement Days.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

When in Halfway House and Home Confinement I will still be earning 15 FSA days for every 30. If I am not awarded them now, I will never be able to use them.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR:

(a). Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain    why you did not:

Request for Relief

15. State exactly what you want the court to do:

In June 2025 I will have earned 365 FSA days. Beyond June 2025, I still have 24 months left on my sentence. I will continue earning 15 FSA days until the end of my sentence so instead of awarding me 240 Conditional Placement Days, it should be 365.

- I would like for the court to award me the correct amount of Conditional Placement Days that I have the potiential to earn.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:

May 12, 2025

Signature of Petitioner

*Haley D. Roberts*

Signature of Attorney or other authorized person, if any